DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                     ) Chapter 13
                                           ) Case No. 07-52185 CN
JASON HUNTER                               )
                                           )
STELLA SHIMABUKURO                         ) **NOTICE OF UNCLAIMED DIVIDEND**
                                           ) Claimant:
                                           ) CBSJ FINANCIAL CORP
                                           )
                Debtors                    )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $1,913.93.  The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

Cbsj Financial Corp
99 W Tasman Dr #205
San Jose, CA  95134

/s/ Devin Derham-Burk

Dated:  October 09, 2014                   DEVIN DERHAM-BURK, Trustee